AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| SOUTHWEST MATTRESS SALES, INC *Plaintiff(s)* v. CORPORATE FACTORY MATTRESS DISCOUNT, LLC AND BRENNAN CLIFFORD *Defendant(s)* | Civil Action No. 15-CV-938 - SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORPORATE FACTORY MATTRESS DISCOUNT, LLC
BY SERVING ITS REGISTERED AGENT:
BRENNAN CLIFFORD
18543 IMPERIAL VALLEY DRIVE, BUILDING 3
HOUSTON, TX 77073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ROBERT WACHSMUTH
ROBERT WACHSMUTH & ASSOCIATES
9311 SAN PEDRO AVE., STE. 707
SAN ANTONIO, TX 78216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

Date: October 20, 2015

*Amanda Deichert*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-CV-938

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CORPORATE FACTORY REG AGENT
was received by me on *(date)* 10/20/15 . BRENNAN CLIFFORD

☒ I personally served the summons on the individual at *(place)* REG AGENT BRENNAN
CLIFFORD @ 144 EAGLE ROCK CIR on *(date)* 10/20/15 @ 7:14 PM
THE WOODLANDS

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: OCT 20/15

*Server's signature* SCH30 XP 7/31/17

LIZ CALWELL
*Printed name and title*

C-MACK SERVICES, INC.
2150 Ojeman Road
Houston, Texas 77080

Additional information regarding attempted service, etc: